7-20-15

83,313-01

Request Written

Ruling on all motions

filed Between OCT 2013

- current date

Patterson, Drew

# 0253060

6MIA

1200 Baker St

Houston, Tx 77002

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 24 2015
Abel Acosta, Clerk